AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

## DISTRICT OF ARIZONA

Mayda Nix as the surviving mother of Christopher Nix,
Deceased, on behalf of herself and MillenniumChristopher
Richard Steven-Nix, through his Guardian Ronnie Mungle,
as the surviving child of Christopher Nix, Deceased,

**Plaintiffs,**

V.

GlaxoSmithKline plc, SmithKline Beecham Corporation
d/b/a GlaxoSmithKline; and John Doe Defendants A-Z,
being those persons, sales representatives, division sales
managers, firms or corporations whose fraud, scheme to
defraud, negligence and/or other wrongful conduct caused
or contributed to the Plaintiff Decedent's injuries and
subsequent death, and whose true names and identities are
presently unknown to the Plaintiffs but will be substituted by
amendment when ascertained,

**Defendants.**

**BILL OF COSTS**

No.: 2:06-CV-00043-PHX-SMM

Judgment having been entered in the above entitled action on <u>September 5, 2007</u> in favor of Defendant SmithKline Beecham Corporation, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................................................. | **$250.00** |
| Fees for service of summons and subpoena ....................................................................................... | **$628.50** |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case.................. | **$15,861.95** |
| Fees and disbursements for printing........................................................................................................... | |
| Fees for witnesses (itemize on reverse side) ....................................................................................... | **$280.00** |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ....................................... | **$44.70** |
| Docket fees under 28 U.S.C. 1923 ............................................................................................................. | |
| Costs as shown on Mandate of Court of Appeals........................................................................................ | |
| Compensation of court-appointed experts................................................................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828........................ | |
| Other costs (please itemize) ....................................................................................................................... | |
| **TOTAL** | **$17,065.15** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.  **See attached Exhibit A.**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Jeffrey S. Thompson, Lynn Seithel Jekel, MOTLEY RICE LLC, 28 Bridgeside Boulevard, Post Office Box 1792, Mount Pleasant, South Carolina 29464 and James R. Harrison, Richard L. Green, Paul D. Friedman, O'STEEN & HARRISON, 300 West Clarendon Avenue, Suite 400, Phoenix, Arizona 85013.

Signature of Attorney: _____

Name of Attorney: **Madeleine M. McDonough**

For: **SmithKline Beecham Corporation**                                     Date: **September 19, 2007**
Name of Claiming Party

Costs are taxed in the amount of $_____ and included in the judgment.

_____          By: _____          _____
Clerk of Court                                                    Deputy Clerk                                                    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| *See attached Exhibit A.* | | | | | | | |
| **Natasha Nix** 10056 Main Street, #2 Pengrove, CA 94951 | 1 | $40.00 | | | | | $40.00 |
| **Frank Russo** 85 Rio Vista Lane Red Bluff, CA 96080 | 1 | $40.00 | | | | | $40.00 |
| **Richard Stevens** 4266 Santa Rosa Avenue Santa Rosa, CA 95407 | 1 | $40.00 | | | | | $40.00 |
| **Ruby V. Stevens** 4266 Santa Rosa Avenue Santa Rosa, CA 95407 | 1 | $40.00 | | | | | $40.00 |
| **Robert Stevens** 1140 Fourth Street, #332 Santa Rosa, CA 95404 | 1 | $40.00 | | | | | $40.00 |
| **Alexander Nix** 7006 Apple Lane Redding, CA 96002 | 1 | $40.00 | | | | | $40.00 |
| **Raeylra Nix** 7006 Apple Lane Redding, CA 96002 | 1 | $40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $280.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924.  Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

1930553