**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Mayna Nix,  ) | No. CV-06-00043-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| GlaxoSmithKline PLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pending before the Court is a Motion for Reconsideration filed by Plaintiff Mayna Nix, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. (Dkt. 153.) Plaintiff urges the Court to reevaluate its September 5th Order (Dkt. 147), which granted Defendant GlaxoSmithKline's motion for summary judgment (Dkt. 105) and ordered this action be terminated.

Local Rule of Civil Procedure 7.2(g) states "[n]o response to a motion for reconsideration or clarification and no reply to the response shall be filed unless ordered by the Court." The Court finds a response by Defendants would assist the Court in deciding Plaintiff's motion for reconsideration. Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiff's motion for reconsideration by **October 10, 2007**.

//

//

//

1     **IT IS FURTHER ORDERED** that Plaintiff shall have until **October 17, 2007** to file
2 a reply to Defendants' response, if Plaintiff so desires.
3     DATED this 25th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -